Case 1:22-cr-00129-JMC   Document

Case: 1:21−mj−00696
Assigned To : Harvey, G. Michael
Assign. Date : 12/17/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

The Federal Bureau of Investigation ("FBI") is currently investigating child pornography trafficking involving individuals who created online accounts with a cloud-storage provider, Cloud A,[1] specifically, accounts containing images or videos depicting child pornography. During the course of this investigation, law enforcement received information that the Cloud A account registered to daddydj321@gmail.com imported one file containing child pornography on May 22, 2019.

A review of that file, titled, "01 primera…avi"[2] showed a video depicting a half-masked adult female playing with a prepubescent female toddler, both of Asian ethnicity. While on a mattress, the adult female removes the child's clothing as well as her own clothing, and takes the child's hand and rubs it on the adult female's breasts. The adult female grabs the child's head and places the child's mouth on the adult female's breast. The adult female places the child's hand and then mouth on the adult female's vagina. The adult female places the child on her back and slaps the child's vagina. The adult female digitally penetrates the child's vagina then places the finger used to penetrate the child's vagina in the child's mouth. The video continues for several more minutes and depicts additional sexual contact between the adult female and the child.

In response to an administrative subpoena issued to Google LLC for the account daddydj321@gmail.com, Google provided the IP address associated with the account. In response to a subsequent subpoena to Google for that phone number, Google provided law enforcement with information that the number was a Google Voice number and was registered to "tracy johnson" with a recovery email of mstittjohnson@gmail.com.

In response to a subpoena regarding the IP address provided by Google, RCN Telecom Services indicated that the billing address associated with that IP address was XXXX 17th Street SE, Apt. 3, Washington, DC 20020, and was activated on February 12, 2019. A search of law enforcement databases showed that, on September 4, 2019, Matthew Edward Stitt JOHNSON, with a date of birth of July XX, 1991 was arrested at XXXX 17th Street, SE, Apt. 3, Washington, DC 20020. JOHNSON indicated to police at the time of his arrest that he had lived at XXXX 17th Street, SE, since February 2019.

Follow a search warrant to Google, law enforcement obtained the contents of the daddydj321@gmail.com email account. The results contained approximately 14 emails from Google and Cloud A. one email from Cloud A required email verification in order to activate a Cloud A account. Shortly after that email, Cloud A sent emails to daddydj321@gmail.com indicating that the account was ready, and thanking the user for installing the Cloud A app.

On December 17, 2021, federal agents executed a search warrant at the current residence of JOHNSON in Washington, DC. JOHNSON, his girlfriend, and their two year old daughter were present at the time of the search. JOHNSON agreed to speak to law enforcement. JOHNSON denied using the aforementioned Cloud A account, but admitted to using the Google Voice account which was associated with the Google account daddydj321@gmail.com. JOHNSON admitted that one of his cellular phones, a Samsung phone, contained numerous files depicting child

---

[1] The actual name of Cloud A is known to law enforcement but anonymized here to protect operational security.

[2] The full title of the file is known to law enforcement but redacted here to prevent the further dissemination of child pornography.

pornography which he received from an unknown individual. JOHNSON voluntarily provided his passcode. Law enforcement manually reviewed the contents of the cellular phone JOHNSON identified as belonging to him. Law enforcement observed three videos depicting pre-pubescent minors engaging in oral sex with an adult male. Law enforcement also observed chats on the Viber messaging application on JOHNSON's cell phone between JOHNSON and other individuals regarding trading child pornography. These messages included images of child pornography.

## CONCLUSION

Based on the above information, there is probable cause to believe that Matthew Edward Stitt JOHNSON committed the offense of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

_____
JULIA CHEN
FBI

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 17th day of December 2021.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE