AO 442 (Rev. 01/09) Arrest Warrant

11047059

# UNITED STATES DISTRICT COURT

U.S. MARSHAL DC PM4:28
RECEIVED DEC 17 '21

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21–mj–00696 |
| | ) Assigned To : Harvey, G. Michael |
| MATTHEW STITT JOHNSON | ) Assign. Date : 12/17/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MATTHEW STITT JOHNSON                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
   18 U.S.C. § 2252(a)(4)(B) (Unlawful Possession of Child Pornography)
   18 U.S.C. § 2252(a)(2) (Unlawful Receipt of Child Pornography)

**G. Michael Harvey**

Digitally signed by G.
Michael Harvey
Date: 2021.12.17 16:08:35
-05'00'

*Issuing officer's signature*

Date:   12/17/2021

City and state:   Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* DEC 17, 2021 , and the person was arrested on *(date)* DEC 20, 2021 |
| at *(city and state)* WASH, DC |
| Date: DEC 20, 2021 |

F. Vth
*Arresting officer's signature*

FLETCHER VEITCH
*Printed name and title* DUSM