**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term
Grand Jury Sworn in on February 14, 2022**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | |
| | : | **VIOLATIONS:** |
| | : | **18 U.S.C. §§ 2251(a)** |
| **MATTHEW STITT JOHNSON,** | : | **(Sexual Exploitation of a Minor)** |
| | : | **18 U.S.C. §§ 2252(a)(2)** |
| | : | **(Receipt of Child Pornography)** |
| | : | |
| | : | **18 U.S.C. § 2253** |
| | : | **21 U.S.C. Section 853(p)** |
| | : | **(Forfeiture Allegation)** |
| **Defendant.** | : | |

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about and between the dates of March 1, 2020 and March 31, 2020, within the District of Columbia and elsewhere, the defendant, **MATTHEW STITT JOHNSON**, did knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the

visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate or foreign commerce.

(**Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Section 2251(a))

## COUNT TWO

On or about May 22, 2019, within the District of Columbia and elsewhere, the defendant, **MATTHEW STITT JOHNSON,** did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Receipt of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2)

## FORFEITURE ALLEGATIONS

1. Upon conviction of the offenses alleged in Count One, Two, and Three, the defendant, **MATTHEW STITT JOHNSON**, shall forfeit to the United States any and all matters which contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p) and 18 U.S.C. Section 2253.

A TRUE BILL

FOREPERSON

*Matthew M Graves by AEL*

Attorney of the United States
And for the District of Columbia