**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-CR-129 (JMC) |
| | : | |
| v. | : | |
| | : | |
| MATTHEW STITT JOHNSON, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

**UNITED STATES' NOTICE OF INTENT TO OFFER EXPERT TRIAL TESTIMONY**

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States hereby provides notice that it may introduce the testimony of an expert in the field of forensic examinations of digital devices.

                                                                  Respectfully submitted,

                                                                   MATTHEW M. GRAVES
                                                                   UNITED STATES ATTORNEY
                                                                   D.C. Bar No. 481052

By:    */s/ Janani Iyengar*
          Janani Iyengar
          NY State Bar No. 5225990
          Assistant United States Attorney
          United States Attorney's Office
          601 D Street, NW
          Washington, DC 20530
          Phone: (202) 252-7760



U.S. Department of Justice

Matthews M. Graves
United States Attorney

*District of Columbia*

July 31, 2022

**By Email & USAfx**

**Eugene Jeen-Young Kim Ohm**
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500
Fax: (202) 208-7515
Email: eugene_ohm@fd.org

        Re:    *United States v. Matthew Stitt Johnson*
                 Case No.: 22-cr-129
                 Notice of Forensic Examination Expert

Dear Counsel,

We are writing pursuant to Rule 16 of the Federal Rules of Criminal Procedure to inform you that the Government expects to call Lonna Dobishinsky as an expert witness in the field of forensic examination of various digital devices and analysis. Pursuant to Rule 16(a)(1)(G), this letter provides a written summary of the expert testimony, including the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications.

Ms. Dobishinsky will testify at trial that she conducted a forensic examination of evidence items 1B1 and 1B2, the cellular telephones belonging to the Defendant. The extraction related to those items was previously made available to defense counsel and has been viewed by defense counsel.

Ms. Dobishinsky will testify at trial regarding the methods she used to extract data from the digital devices, the protocol used to conduct that search, and the data that was ultimately extracted from the phones. Ms. Dobishinsky will testify about her physical examination of the phones, and the process of creating a forensic image. Ms. Dobishinsky will also testify about what metadata is, how it is generated, and the methods of retrieving metadata for particular items within a cellular telephone.

Ms. Dobishinsky's curriculum vitae has been attached as an exhibit to this notice.

If you require any additional information to understand the expert's qualifications, expected testimony, or the basis for the expert's opinions, please contact me. Please also do not hesitate to contact me should you like to arrange a time to speak with the expert prior to trial.

                                                     Respectfully submitted,

                                                     */s/ Janani Iyengar*
                                                     Janani Iyengar
                                                     Robert Platt
                                                     Assistant United States Attorneys