## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**　　　　　*

　　　**vs.**　　　　　　　　　　　* **Case No.: 22-cr-00129 JMC**

**MATTHEW STITT JOHNSON**　　　　*

　　　**Defendant**　　　　　　　　*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUSPEND BRIEFING SCHEDULE, VACATE MOTIONS HEARING & SCHEDULE MATTER FOR SENTENCING

The Defendant, Matthew Stitt Johnson, by and through his attorneys, Nicholas G. Madiou, and Brennan, McKenna & Lawlor, Chtd., respectfully files this motion to suspend the current motions briefing schedule, vacate the motions hearing, and set this matter in for sentencing. In support of this motion, counsel states as follows:

1.　　On August 29, 2022, Mr. Johnson appeared before this Honorable Court and entered into a written plea agreement. *See* ECF Dkt. No. 91.

2.　　Thereafter, on August 14, 2023, Mr. Johnson's original attorneys filed a motion to withdraw as counsel of record. The Court held a status hearing in this matter on August 17, 2023 at which time the Court granted Mr. Johnson's attorneys' motion to withdraw as counsel, appointed the undersigned, and set a motions schedule related to Mr. Johnson's motion to

withdraw his guilty plea.

3.     Undersigned counsel has sought several extensions of the original motions schedule in an effort to meet with Mr. Johnson and otherwise adequately prepare for this case. The Court's current briefing schedule calls for Mr. Johnson's motion to withdraw to be filed by March 1, 2024 and the Government's response to be filed by March 15, 2024. Additionally, the Court scheduled a hearing on Mr. Johnson's motion to withdraw guilty plea for March 28, 2024 at 10:00 A.M.

4.     At this time, undersigned counsel respectfully asks this Court to suspend the current briefing schedule and vacate the hearing scheduled for March 28, 2024. Undersigned counsel is authorized to inform the Court that Mr. Johnson no longer seeks to withdraw his guilty plea.

5.     Undersigned counsel further asks this Court to schedule this matter for sentencing. Prior to disposition, undersigned counsel intends to seek certain expert services to properly prepare Mr. Johnson's sentencing presentation under 18 U.S.C. § 3553(a). For this reason, undersigned counsel respectfully requests that sentencing be scheduled in approximately six months' time. Undersigned counsel respectfully requests that the sentencing hearing date be cleared with all parties prior to scheduling.

6.     WHEREFORE, for the reasons stated throughout this motion,

Mr. Johnson respectfully asks this Court to grant the instant motion and:

    a.  suspend the current motions briefing schedule;

    b.  vacate the motions hearing currently scheduled for March 28, 2024; and

    c.  schedule this matter for sentencing to a date convenient for the Court and the parties in approximately six months.

Respectfully submitted,

/s/
_____
Nicholas G. Madiou
Bar Number MD0039
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2024, a copy of the foregoing was electronically filed, with a copy sent to counsel for the United States Attorney's Office for the District of Columbia.

/s/
_____
Nicholas G. Madiou

3