IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | *    Case No. 22-cr-129-JMC |
| MATTHEW SITT JOHNSON | * |
| Defendant. | * |

### SUPPLEMENT TO THE DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Defendant Matthew Sitt Johnson, by and through counsel, Nicholas G. Madiou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Supplement to the Defendant's Memorandum in Aid of Sentencing. On September 20, 2024, Mr. Johnson filed his Sentencing Memorandum in this case. The undersigned counsel has now received letters of support from several of Mr. Johnson's loved ones. Those letters are attached to this submission as Exhibit A. Mr. Johnson respectfully requests that this Court consider the sentiments of those who know him best in imposing a sentence in this case.

Respectfully submitted,

/s/

_____
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2024, the foregoing was served on all parties via ECF.

/s/

_____
Nicholas G. Madiou