# Exhibit A

October 3, 2024

To whom it may concern
From: Saladin A. Johnson, Sr.,
Re: Matthew Johnson

This correspondence is presented in support of Matthew Johnson and is in no way a suggestion of innocence. I am aware of the seriousness of the charges and the harm caused to those involved. With that in mind, prayerfully Matthew's remorse for his actions is clearly displayed and witnessed by those involved in the sentencing process; moreover, that a degree of mercy be afforded to him. If so, it can certainly set the stage for Matthew to right such an egregious wrong. I have counseled with Matthew's Mother throughout this process and by the Grace of God we believe Mathew desires healing for both the victims, the families and himself.

Best,

Saladin A. Johnson, Sr, MHS
Pastor, Hope Temple of Praise
Clinton, MD

To Whom It May Concern,

My name is Brian Watson, and I am the Pastor of Riggs Park Baptist Church in Washington, DC. I have known Matthew since he was a child, as his mother and my wife both worked together in our Family and Friends Bible Prayer Fellowship. Through this fellowship, my wife and I came to be known as "Uncle Brian and Aunt Renee" by Matthew and others in his community. Our ministry's mission has always been to support families in raising their children, and we have taken on a nurturing role in Matthew's life for many years.

I understand that Matthew has recently found himself in some trouble, and he has been open with us about the charges he is facing. As a pastor who has worked closely with him and his family, I know the values instilled in Matthew from a young age, and I recognize that his current circumstances are not reflective of the kind-hearted person I have known for many years. The charges are concerning, and Matthew understands the gravity of the situation, but I truly believe that this misstep does not define his character.

I have personally witnessed Matthew's dedication to helping others and his willingness to contribute to our community. From a young age, Matthew was always involved in church activities, often volunteering to help. He was a role model for the younger children in our church, and his gentle and respectful nature was evident in how he interacted with those around him.

Matthew's current situation does not align with the young man I have seen grow up in our community. While he may have stumbled, I firmly believe he has the capability to rise above this adversity and prove himself to be the person we all know he can be. Matthew is committed to making changes, and we as a community are here to support him every step of the way.

I respectfully ask the Court to consider giving Matthew an opportunity to demonstrate his commitment to change. With the support of our church community, his family, and our ministry, we will work together to help guide Matthew towards making better choices in his life. We all make mistakes, but I know that Matthew has the strength and determination to learn from this experience and become a better person.

Thank you for your consideration.

Sincerely,

Rev Brian Watson
Pastor, Riggs Park Baptist Church
Washington, DC

I am writing this letter as a character reference for Matthew Johnson. I have known Matthew for 8years and I am proud to say that Matthew is a person of good character.

In my experience, Matthew has always been an honest, hardworking, and responsible individual. He is always willing to lend a helping hand to those in need, and I have seen firsthand his dedication to me when we became friends 4 months after I lost my mother and over the 8years we became family, Matthew was the best friend ever I could ask for he made sure whatever I needed he was there.

In addition, Matthew has been an extremely good and helpful father to our daughter I strongly recommend him as a person of good character who deserves leniency in his current legal situation.

If you have any further questions or require additional information, please do not hesitate to contact me.

Sincerely,

Angel Johnson

Uwana Ibanga
October 3, 2024

I do not in sound conscience believe that Matt could have done what is being accused of him.

You see, from November 2021 - July 2022, I was dating him everyday, no breaks. I tend to date people in sessions now until it fizzles out but he set the tone of a supportive dedicated partner. Unless he was participating in such activities with his family members everyday, he's a dedicated family man who tends to the needs of loved ones. During our relationship, I worked at a lab tech automation job about 10-15 min away pending the traffic, worked graveyards white he worked days, and dang near lived in his room rental with him. 5 years my senior, I wasn't yet aware of how egregious my frequent presence was, but he dedicated himself to minimizing my footprint and making me comfortable in his presence to the aspect of trying to watch sermons with me despite his grievances with church and sermons. And before you question my judgment, please know I have a history surviving domestic abuse and conditional love. I'm poignantly aware of what walking on eggshells feels like. To this day, Matt is part of few others whom I feel safest to be my fullest self around. In my lines of work, I often see that homestead energy is exhausted or targeted due to its value and I wouldn't be surprised if his dedication has gotten conflated for more nefarious intentions due to jealous or misconstrued observations.

Matt has shown, to so many people, besides me, discernment, dedicated diligence, shelter, gratitude, surgical protection, the comfort to be their authentic selves, sound guidance, considerate counsel.
, I've just been fortunate to bear witness to it all. Do not snuff this light out because you don't recognize light amidst all the cynicism necessary to quell the robust evils of your work. I don't believe him to be a wolf in sheep's clothing but just a truly dedicated wolf misunderstood for the noble causes he haphazardly gets himself into.

I kept reading the report and it just doesn't make sense compared to the man devoted to visiting his family, opening my car door at every opportunity, being the only person to ever take care of me when I was scarily sick in the COVID era, carting his daughter around on broken down Red line missions, and traveling on multiple metro pathways to get from Hyattsville to District Heights to visit his mom and work on her house.

He's offered consistency and safety at every turn to foe and stranger and I can tell when he was accidentally gifted 20$ from a stranger in the Gallaudet street for his kind demeanor to when he gave up his leftovers of a steak dinner on our first date to ungrateful homeless women to when he repeatedly escorted disorderly homeless disruptors out of his workplace with no harm to them at his place of work Halfsmoke.

I am not here to say the narrative reported is untrue. I am here to say that I physically don't know how to process Mattew Johnson in that report, when the timeline doesn't sound accurate as provided, another article said the same details happened to a sister of his instead of a girlfriend, and I was dating him concurrently to the timeline. I have lived in my development in disingenuity with sprinklings of care and maybe it's too much weight to assign that, but he helped counsel me into forgiving my transgressors towards my own sense of agency.