# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-00129 JMC |
| | : | |
| **MATTHEW STITT JOHNSON** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF APPEAL

Notice is hereby given that Matthew Stitt Johnson, the Defendant in the above captioned case, appeals to the United States Court of Appeals for the District of Columbia Circuit the judgment and sentence in this case. Mr. Johnson is indigent and respectfully requests that the D.C. Circuit appoint a member of that Court's Criminal Justice Act panel to represent him on appeal.[1]

Respectfully submitted,

/s/
_____
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chartered
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
301.474.0044     (telephone number)
301.474.5730     (facsimile number)
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Nicholas G. Madiou

---

[1] The undersigned counsel was appointed to represent Mr. Johnson before the District Court pursuant to the Criminal Justice Act. The undersigned counsel believes it would be appropriate for the D.C. Circuit to appoint new counsel to represent Mr. Johnson on appeal.